UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LORINE HOLMES,

      Plaintiff,

v                          Case No. 07-12608

OFFICER YANTY, *et al*,      DISTRICT JUDGE ARTHUR J. TARNOW

      Defendants.      MAG. JUDGE VIRGINIA MORGAN

_____/

## <u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Before the Court is Magistrate Judge Morgan's Report and Recommendation [Docket #20] filed February 13, 2008. The Magistrate Judge recommends that this Court grant (1) Defendant Yanty's Motion to Dismiss [Docket #5] and (2) Defendant Wayne County Airport Police's Amended Motion to Dismiss [Docket #8]. In addition, the Magistrate recommends that the claim against Defendant Wayne County be dismiss *sua sponte*.

Plaintiff is a *pro se* litigant. Plaintiff was mailed a copy of the Report and Recommendation, which returned as undeliverable on February 28, 2008. Her address of record on the court docket is on Wahrman Road in Romulus, which she used in her most recent filing on November 1, 2007. The Court has no other address for Plaintiff.

Having reviewed the file and the Report and Recommendation the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court.

Accordingly, Defendant Yanty's Motion to Dismiss [Docket #5] and Defendant Wayne County Airport Police's Amended Motion to Dismiss [Docket #8] are **GRANTED**.

Further, the claim against Defendant Wayne County is **DISMISSED**.


s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  March 4, 2008


I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 4, 2008, by electronic and/or ordinary mail.

s/Catherine A. Pickles
Judicial Secretary